## A90A1145. HILL v. THE STATE.
(410 SE2d 461)

BEASLEY, Judge.

The decision in *Hill v. State*, 197 Ga. App. 260 (398 SE2d 226) (1990) having been reversed by the Supreme Court, *Hill v. State*, 261 Ga. 377 (405 SE2d 258) (1991), the decision of the Court of Appeals is hereby vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Pope and Andrews, JJ., concur.*

DECIDED SEPTEMBER 3, 1991.

*The Garland Firm, Edward T. M. Garland, Charles G. Haldi, Jr., Donald F. Samuel*, for appellant.
*Thomas J. Charron, District Attorney, W. Thomas Weathers III, Debra H. Bernes, Assistant District Attorneys*, for appellee.